E-FILED
Friday, 25 January, 2008  02:57:02 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

FILED
DEC 21 2007
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

UNITED STATES OF AMERICA )
)
V )   CASE NO. 4:06-cr-40033-MMM-JAG
)
KIM LEE MILLBROOK )

SPECIAL AND LIMITED ENTRY OF APPEARANCE

    Now comes, Kim Lee Millbrook, to enter his special and limited entry of appearance, challenging the jurisdiction of this Honorable court, over the Human Person, Person, and case number/account number 06-40033, making special pleading, pleading, In Propria Persona, In Bar, that any prior and further proceedings, are coram non judice and void.

    Distinction between general and special appearances has been abolished, Orange Theatre Corp. V Rayherstz Amusement Corp. (1944 CA3 NJ) 139 F. 2d 871. Special appearances are not necessary to challenge jurisdiction of person, process, or venue, Blank V Bitker (1943 CA7 111) 135 F. 2d 962. Objections to jurisdiction over person or to sufficiency of service of process are not waived by general appearance, Devine V Griffenhagen (1940 DC Conn) 31 F. SUPP 624. Although there is no penalty for entitling pleading as such, and if pleading raises issue of jurisdiction over person that issue is presented to court, McGarr V Hayford (1971 DC Cal) 52 FRD 219; Further in support we advise the court as follows:

    1. On 01/10/2006, Kim Lee Millbrook was arrested by an IDOC parole officer and handed over to the Rock Island Police, then taken to the Rock Island County Jail, to be held on State charges, without his concent, by force under duress, and under color of law.

    2. On 03/__/2006, the State of Illinois gave up jurisdiction and custody of, KIM LEE MILLBROOK, and Kim Lee Millbrook was arrested, taken into Federal custody and jurisdiction, without his concent, by force under duress, under color of law.

     3. On 06/20/2006, Kim Lee Millbrook, was transfered from Rock Island County Jail to the BOP-MCC in chicago Illinois, still being held on Federal charges aginst his will.

     4. On 08/__/2006, Kim Lee Millbrook was moved fromm MCC to Tazewell county jail in Illinois.

     5. On 09/__/2006, Kim Lee Millbrook, was moved from Tazewell to the Henry County Jail.

     6. On 01/01/2007 an alleged fight occured at the Henry county jail, inwhich MILLBROOK was implicated.

     7. Information/complaint filed aginst, KIM LEE MILLBROOK, in Henry county court, cambridge, Illinois, on 01/19/2007, in referance to incindent on 01/01/2007.

     8. On 01/29/2007, the docket sheet states: DEFT APPEARS, also Kim Lee Millbrook Human Person appeared in Henry county court, Cambridge Illinois, while still purportedly in Federal custody, for case no. 2007 0000 26D 001.

     9. No Writ of Habeas Corpus Adprosequendum was issued or used to take Kim Lee Millbrook from federal custody to state custody on 01/29/2007.

     10. On 01/29/2007, when Millbrook was transfered from federal jurisdiction to Illinois state jurisdiction, without the proper paperwork, the United States gave up jurisdiction to Illinois.

     11. On 01/29/2007, Millbrook was given to ILLINOIS, not loaned to ILLinois.

     12. On 02/05/2007, the docket sheet in case no. 2007 0000 26D 001 states: DEFT IN COURT IN CUSTODY...DEFT HELD TO ANSWER IN COURT HAVING JURISDICTION.

-3-

13. On 02/05/2007, once again no writ of habeas corpus was issued to secure Millbrooks appearance, but he was present in court, because on 01/29/2007 the United States gave up jurisdiction to Inninois.

14. On 02/22/2007 the docket sheet states "DEFT IN COURT IN CUSTODY WITH ATTY STOCKTON", a third time where no writ of habeas corpus adprosequendum, was issued to secured Millbrooks appearance, because on 01/29/2007, the UNITED STATES AND OR LAWFUL AGENTS, gave up custody and jurisdiction to ILLINOIS.

Respectfully submitted,

*/s/ Kim Millbrook*

KIM LEE MILLBROOK
FEDERAL CORRECTIONAL COMPLEX
REG NO.
P.O. BOX 33
TERRE HAUTE, INDIANA
47808