### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 06-40033 |
| KIM LEE MILLBROOK, ) | |
| Defendant. ) | |

## ORDER

Defendant Kim Lee Millbrook filed a Notice of Objection Challenging Jurisdiction, seeking review of his sentence and challenging the Court's jurisdiction over the criminal case. Accordingly, the Court intends to construe this document as a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. 2255.

In *Castro v. United States*, 540 U.S. 375, 124 S. Ct. 786 (2003), the Supreme Court held that when a court recharacterizes a pro se petitioner's pleading as his first motion pursuant to 2255, the court must "notify the pro se litigant that it intends to recharacterize the pleading, warn the litigant that this recharacterization means that any subsequent 2255 motion will be subject to the restrictions on second or successive motions, and provide the litigant an opportunity to withdraw the motion or to amend it so that it contains all the 2255 claims he believes he has." *Id.* at 383.

Accordingly, Millbrook is hereby placed on notice of the Court's intent to recharacterize his filing as his initial 2255 motion. If this is not his intent, he may

- 2 -

voluntarily withdraw the pleading by filing a motion to withdraw with the Court on or before January 14, 2008.  Otherwise, he will have until that same deadline to file an amended motion including all  2255 claims that he believes he has.  Failure to do either of these things will result in the Court proceeding to rule on the pleading in its present form as a 2255 motion.

    ENTERED this 28th day of December, 2007.

                               /s/ Michael M. Mihm
                               Michael M. Mihm
                               United States District Judge