E-FILED
Friday, 25 January, 2008  03:37:23 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT                    12.31.2007
CENTRAL DISTRICT OF ILLINOIS        **FILED**
Rock Island Division

JAN - 7 2008

UNITED STATES OF AMERICA

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

V                                   Cause no. 4:06-CR-40033-MMM-JAG.

KIM LEE MILLBROOK

## RESPONSE TO COURT ORDER AND MEMORANDUM TO EXPAND AND CLAIRFY THE SPECIAL AND LIMITED ENTRY OF APPEARANCE

Comes now, In Propia Persona, In Bar, kim Lee Millbrook, and Defendant, KIM LEE MILLBROOK, In Bar, Specialy and Limited, before this General and Special Court, Coming Strick, via UCC, in the matter, challenging personal entity and flesh and blood jurisdiction, over the Defendant and kim Lee Millbrook, Creditor, Making Special Appearance, Pleading, Special, Special Equity, In propia persona, In bar, that any prior and Further proceedings are (A) a colorable Adhesion Contract, (B) made under color of law, (C) that a covin has taken place, (D) a Fraudlant transaction, Extrinsic Fraud, Fraud, duress, and illegality is claimed and alleged, (E) are coram non judice, Void,

and Further 4:06-CR-40033-MMM-JAG to be
30'ed, Further We advise, object, and State
the Following:

1. MILLBROOK Forbids the court to recharacterize
The Pleading as a § 2255.

2. MILLBROOK has no intention to invoke a
§ 2255.

3. MILLBROOK wants nothing to do with § 2255

4. The SPECIAL AND LIMITED ENTRY OF
APPEARANCE is not to be construde
as a § 2255.

5. Objection to Page 1 Line 1 of Order,
Kim Lee Millbrook is not the Defendant,
KIM LEE MILLBROOK is the purported
Defendant.

6. Objection to page 1 Line 2 of Order,
MILLBROOK is not seeking review of
his Sentence or any Sentence, this
matter is pure jurisdiction.

7. We Claim and allege Constructive Fraud,
in that, no review of Sentence is being
Sought.



8. We claim and allege Constructive Fraud, Step transaction, Fraudlant translation, Extrinsic Fraud, Fraud, and Conversion of the Special and Limited Entry of Appearance, into a §2255.

9. KIM LEE MILLBROOK, Debtor, purported Defendant is currently in the United States Court of Appeals For the Seventh circuit and has not waived his Appeal, it is pending, thus no §2255 can be Filed untill after a decision affirming the District Court is Mandated.

10. MILLBROOK is challenging Jurisdiction, not any Merits within 4:06-CR-40033-WWW-JAG or Sentence inregards to 4:06-CR-40033-WWW-JAG

11. When a jurisdictional claim is Filed it is presented and all other matters must stop untill the jurisdictional claim is resloved.

12. A petitioners Claims that are jurisdictional in nature can be raised at any time.

Special and Limited Entry of Appearance
is Not to be recharactize into a § 2255

13. No Procedural hurdle Exists if a
    court has no jurisdiction over
    Petitioner, Stoll v Gottlieb, 305 U.S.
    171-172, 83 L.ed 104, 52 S.ct. 134
    (1938).

14. Jurisdiction is a threshold Matter.

15. The nature and limits of the jurisdictional
    power is inflexible and without exception,
    which requires the court of its own
    Motion, to deny its jurisdiction.

16. When a judge has a Duty to act, he does
    not have discretion.

17. The Court either has jurisdiction or it
    does not, then all proceedings are
    nullity, never happened.

18. It voids contracts and jurisdiction
    can never be waived or Forfeited.

The undersigned KIMLEE MILLBROOK,

All rights reserved
by Kim Millbrook, agent

FCC
P.O.BOX 33
TERRE HAUTE, IND. ... #
47808

12.31.2007