UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V | 06-40033 |
| KIM LEE MILLBROOK | |

FILED
JAN 28 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RESPONSE TO ORDER

Now comes, KIM LEE MILLBROOK, Specially and limited to respond to order and move to Strike order and advises the Court of the following:

1. MILLBROOK contends that the court does not have jurisdiction, thus the court can not enforce the ORDER.

-1-

2. MILLBROOK is invoking supreme court president, the court must use the eyes of the Supreme Court to determine Jurisdiction.

3. IF this COURT has no JURISDICTION, then it has no jurisdiction to pursue a § 2255.

4. MILLBROOK is not attempting to circumvent anything

5. MILLBROOK is not useing inventive Captioning, Special and limited Entry of Appearances have been Used for years, to come before the Court restricted, to

-2-

challenge the courts Jurisdiction.

6. In fact this court is attempting to circumvent the jurisdictional plea before it, by useing color of law to force MILLBROOK to use a useless §2255, in which, JUDGE MIHM Has never granted a §2255.

7. The only way to challenge jurisdiction, that exisit, is by restricted means, Specially and limited, otherwise you would give the court jurisdiction.

-3-

8. The only Supreme Court case Quoted by this Court is Castro V United States, 124 S.Ct. 786 (2003), and has nothing to do with jurisdiction.

9. MILLBRook is not talking about Rules, procedure, or Code, untill the Court determines that it has jurisdiction, rules, procedure, or Code do not apply.

10. AEDPA limits the scope of Habeas Corpus protection, there is no Habeas Corpus Aviable when Jurisdiction does not exisit.

-4-

11. Owens V Boxd, is an issue of untimelyness in a 2254 state prisoner Fileing, which has nothing to do with the issue at hand, jurisdiction.

12. U.S. V Evans, is talking about Merits, we don't care about merits, we are talking Jurisdiction, it further speaks of Second Collateral Attack, MILLBROOK does not even want to File a First §2255 let alone a Second one.

-5-

13. Ramunno v U.S., is in regards to certificate of Appealability that was issued then Vacated. Once again, in this strick jurisdictional plea, we are not argueing the merits or Appealability of any thing.

14. Melton v U.S. is talking about a mislabeled $2255, If the Special & Limited entry of Appearance were mislabeled the court would be able to dismiss it, but of course a Special & Limited entry of Appearance can not be dismissed.

-6-

15. MILLBROOK objects and rejects the name written on the outside of the envelope that the ORDER was sent in, that refers to MILLBROOK # as Mr. Kim Millbrook, 13700-026 #

16. The protections afforded under Castro are for persons that agree that the court has jurisdiction, MILLBROOK is challenge jurisdiction in a Specially and limited Appearance, in a restricted fashion, saying the court does not have

-7-

jurisdiction, and he is **not** willing to give the court jurisdiction.

17. MILLBROOK is not willing to invoke rules, code, procedure, writs, §2255 nor §2241.

18. MILLBROOK is not fileing a §2255 and does not consent to a conversion, construing, or re-charterizing of his Special and limited entry of Appearance

19. MILLBROOK is not Objecting and did not File a Notice of Objection, MILLBROOK is pleading that there is no-jurisdiction,

-8-

Millbrook filed a special and limited entry of Appearance, not a Notice of Objection, which would be used in a court that had jurisdiction.

20. MILLBROOK must appear in propia persona (proper person pro se) & in a restricted manor before the entire Bar (In bar) coram non judice.

Respectfully submitted, The Undersigned,

KIM LEE MILLBROOK

by _Kim Millbrook_, agent

21. I would like to correct #6. Line 6 and 7, Judge MIHM it appears granted a §2255 in 1989, Lowe V United States, 727 F. Supp. 1241, that was the only §2255 he granted in the past 18 years out of a total of 75 § 2255 filed, before his court.

-10-