E-FILED
Friday, 08 February, 2008 02:53:52 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

FILED
FEB 4 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V

KIM LEE MILLBROOK

4:06-cr-40033

THIRD RESPONSE TO COURT ORDERS

Now comes, KIM LEE MILLBROOK, specially and limited to present in a restricted manor the third Response to Court Orders, and further states:

1. The court is without jurisdiction to order anything.

2. MILLBROOK brought the Special and limited in a restrictive manor as not to give the Court jurisdiction.

3. Any Order of this court is Coram non judice and void and is of no effect.

1

3. If the court has no jurisdiction over the Special, and limited, then the Court has no jurisdiction to construe/recharacterize it into a §2255.

4. The general rule is that a notice of appeal transfers jurisdiction from the district court to the court of appeals. It divest the district court of authority to proceed further... Untill the district court recives the mandate from the court of appeals, Brock V Local 553, 632 F. supp, 103, (7th cir. 1986).

5. It is not the spirit or intent of the law as interpreted in the Federal Courts that questions of jurisdiction over the person of defendants shall be determined under the provisions of the Conformity Act, or that they shall be determined according to the technical rules of the Common law, but that on the contrary a Special appearance, either in person or by counsel plainly disclosing an intention to limit the appearance for the special

2

purpose of questioning the jurisdiction of the court over the person of the mover constitutes full and adequate protection of the reserved rights of the defendants, Frackman Co. V Lloyds London, Inc. (7th cir. 1925).

6. This is not an appearance to arguee the merits of the case, which would constitute a general non restrictive appearance.

7. The United States Government is restrained from interfering with trustee in bankruptcy his custody and possession of property, In re Read-York, Inc., 60 F.Supp. 951 (7th cir 1944).

8. The AEDPA is a look into the substantive claim on the merits, jurisdiction has nothing to do with merits, at least this jurisdiction, not the jurisdiction the court is trying to pull out of a hat.

3

9. The jurisdiction refered to in §2255 is of another type of jurisdiction, wholely distinct and seprate from a jurisdictional plea presented in a restrictive fashion.

10. This is not correctiable jurisdiction that we are dealing with Here.

11. The district court lost jurisdiction of the purported case by application for appeal, is this district court saying that the appeal is Coram non judice.

12. This court is attempting to Pretend a §2255 into existiance, and is this court disrespecting the Appeals Court by this action.

13. If trial court ... lost jurisdiction by errors committed, then this Court will not fail to do its duty and release the petitioner, Matter of Moran, 51 LED 105.

4

14. If the court is coram non judice and has no jurisdiction over MILLBROOK, then MILLBROOK is not entitled to <u>Castro</u> protection.

15. If the court is without jurisdiction then MILLBROOK is not entitled to a §2255.

16. This circuit court by the appeal has lost jurisdiction over the case, Knox County v Harshman, 33 L'ED 249.

17. A special and limited entry of Appearance can not be overruled or objected to, nor can it be dismissed, it would be appeable, and this court is creating a conflict with the 7th circuit Court of Appeals, and is disrespecting the appeals court and disrespecting the wishes of the Indivudal.

5

18. This Court has said that the law of the flag supersedes the territorial principle, even for purposes of criminal jurisdiction, United States v Flores, 289 US 137, 77 Led 1083, 53 Sct. 580.

19. Held that § 2255 could not be adequate or effective in this case because the district court had no power to order the presence of the prisoner, who was confined in another district, United States v Hayman, 96 LED 232, 342 US 205.

20. There must be another reason for applying the tax law, to give Washington more and more power to punish purely local crimes, Rutkin v United States, 343 US 130, 96 LED 833.

21. Unless and Untill the United States has so accepted jurisdiction, it shall be conclusively presumed that no such jurisdiction has been accepted; Federal courts are without jurisdiction to punish under purported criminal Law of the United States.

22. If the court is without jurisdiction, then it has no power to issue an Order to open a purported Civil §2255 Matter which is in reality not a civil matter, but a motion in furtherance of a criminal matter.

23. §2255 is located within habeas corpus, but is not an actual habeas petition.

24. To review jurisdiction in a §2255 would result in the court always having jurisdiction, because they can not announce in a §2255 that they do not have jurisdiction, because without jurisdiction the §2255 does not exist.

7

25. "If a record brought to this court shows that the court from whose judgement it comes acted finally on a case that was coram non judice, this court will reverse that final action and send the case down, with directions to have the case placed in its proper attitude." The proceeding was coram non judice thus Indivudal was not in Court or before Court; The judge and the court had lost all power over the cause, the parties, and the record, This court is pretending to proceed under §2255, Quoting Jennings V Philadelphia, 54 LED 1031, 218 US 2255.

26. Please take Notice that if the Court and or Judge are operating outside their jurisdiction a suit will be filed, Further an Official operating outside of their jurisdiction strips that official of their immunity including absolute immunity, and opens the official up to personal liability that an Insurance Company will refuse to defend and indendify.

Respectfully submitted
In Good Faith, The Undersigned

KIM LEE MILLBROOK

by _Kim Millbrook_, agent

01/28/08

9