UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

FILED
FEB 11 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA | 06-40033 |
| v. | ~~[redacted]~~ |
| KIM LEE MILLBROOK | 08-4006 |

### RESPONSE TO TEXT ONLY ORDER DATED 01.28.2008

Comes now, KIM LEE MILLBROOK, Specially and Limited, to respond to Text Only Order dated 01.28.2008, and provides the following response:

1. MILLBROOK sent his Appeals Attorney information to file a jurisdictional plea in his direct appeal

2. MILLBROOK spoke to his appeals Attorney, and told him to put the jurisdictional plea in the Direct appeal.

3. MILLBROOKS appeals attorney failed to put the jurisdictional plea

—1—

in the direct appeal.

4. MILLBROOK sent a 28(J) Letter to the appeals court, bring up the jurisdictional issue as a restricted jurisdictional plea.

5. The Seventh Circuit Court of Appeals sent back the 28(J) Letter as unfiled, and stated that since he has an attorney, MILLBROOK could not file a 28(J) Letter.

6. Recently MILLBROOK has attempted to send the Court of Appeals a Special and limited entry of appearance, jurisdictional plea, but as of this writting MILLBROOK has not recived any response from the appeals court.

7. MILLBROOK still wants the jurisdictional plea in the Seventh Circuit Court of Appeals, if the clerk would Stop obstructing Justice and File it.

8. MILLBROOKs attorney's are going aginst his wishes, they are the ones to blame for not Bring up the jurisdictional plea.

9. MILLBROOK has a duty, to bring to the courts attention, inportant matters as they arise.

10. MILLBROOK has not come to the District Court in general, he has come specially and Limited, thus he has not granted the court any jurisdiction.

Respectfully submitted,

by ___Kim Millbrook___ agent

KIM LEE MILLBROOK

02.03/2008

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

UNITED STATES OF AMERICA

V.                                    ▮:06-40033

KIM LEE MILLBROOK

## MOTION FOR REQUEST

Comes now, KIM LEE MILLBROOK, Specially and limited, to motion this Honorable Court and request the Following:

1. Copy of the Appearance Bond.

2. Financing Staments.

3. Accounting of the Record.

4. All Uniform Commercial code Fileings related to this case by the US Marshalls or any Court officer.

-1-

5. The Judgement Note authorization.

6. Any BILL OF EXCHANGE.

7. Any accessory obligations.

8. Any bonds issued by the Prosecutor, or any other court officer.

9. You can fill gaps in the UCC but you can not contradict it, by calling a UCC claim something else, the UCC controls

Respectfully submitted

by _Kim Millbrook_ agent

KIM LEE MILLBROOK

-2-