UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KIM LEE MILLBROOK, | ) |
| | ) |
| Petitioner, | ) |
| | ) CASE NO. 08-4006 |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## MOTION FOR EXTENSION OF TIME

NOW COMES the Respondent, the United States of America, by and through its attorneys, Rodger A. Heaton, United States Attorney, and John K. Mehochko, Assistant United States Attorney for the Central District of Illinois, and moves this Court for additional time to respond to the petitioner's Motion under § 2255.

1.  The Motion was filed as a Special and Limited Entry of Appearance on December 21, 2007.

2.  On February 7, 2008, the government was ordered to respond to said Motion within 21 days, or by February 28, 2008.

3.  It appears that petitioner's motion stems from his appearance in Henry County Circuit Court on January 29, 2007, and the allegation that as of that date he was no longer in federal custody.

4. The government is in the process of reviewing the matter and determining a proper response to said Motion, but will require additional time to provide an appropriate response to the Court.

4. At this time, the government believes that an extension of thirty (30) days should provide adequate time for the government to complete and file a response.

5. The thirty-day extension requested herein would not unduly prejudice the Petitioner.

        Respectfully Submitted,

        UNITED STATES OF AMERICA

        RODGER A. HEATON
        UNITED STATES ATTORNEY

        /s/ John K. Mehochko
        John K. Mehochko
        Assistant United States Attorney
        1830 2nd Avenue, Suite 320
        Rock Island IL 61201
        Telephone: 309-793-5884
        Fax: 309-793-5895

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2008, I electronically filed the foregoing **MOTION FOR EXTENSION OF TIME TO RESPOND** with the Clerk of the Court using the CM/ECF system. I further certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant: Kim Lee Millbrook, Reg. No. 13700-026, USP Terre Haute, PO Box 12015, Terre Haute, IN 47801.

/s/ John K. Mehochko
John K. Mehochko
Assistant U.S. Attorney