E-FILED
Tuesday, 04 March, 2008  10:17:21 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

CENTRAL        DISTRICT OF ILLINOIS

FILED

MAR  4 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KIM LEE MILLBROOK                )
                                 )
                                 )
V                                )
                                 )    NO. 4:08-CV-4006
                                 )
UNITED STATES OF                 )
AMERICA                          )
                                 )

~~MOTION~~

PRECAUTIONARY RESPONSE TO
GOVERNMENTS RESPONSE

Comes now, KIM LEE MILLBROOK , to motion this
Honorable Court for the following: Comes specially and
limited to enter the forced precautionary
response to the governments respones, Pre-
response not Post response, and to request
items enclosed by Motion and or leave of
Court.

_____,

FURTHER ADVISING  THE COURT OF THE FOLLOWING:

1. There is no presumption in favor of jurisdiction,
and the basis for jurisdiction must affirmatively
appear or be affirmatively shown, see Hanford
V Davis, 163 U.S. 273, 16 S.ct. 1051,
41 LED 157.

-1-

[E]

08

2. "It is axiomatic that the prosecution must always prove territorial jurisdiction over a crime in order to sustain a conviction thereof", United States V. Benson, 495 F.2d 475, 481 (1974); U.S. V White 611 F.2d 531, 536 (4th cir 1990); US V Bell 993 F.2d 427, 429 (5th cir 1993)

3. "If the records disclose that the lower court was without jurisdiction this court will notice the defect", Bender V Williamsport Area School Dist., 475 U.S. 534, 541, 89 LED 2d 501, 106 S.Ct. 1326 (1986).

4. "All courts of Justice are bound to take judicial notice of territorial extent of jurisdiction exercised by the government whose laws they administer, or of its recognition or denial of sovereignty of foreign power, as appearing from public acts of legislature and executive,

5. although those acts are not formally put into evidence, nor inaccord with pleadings" Jones V U.S. 137 US 202, 11 S.ct. 80 (1890)

6. "It is as much the duty of the Government to render prompt justice aginst itself in favor of the citizens, as it is to administer the same between private individuals, see Glidden V Zdanok, 370 US. 530, at 533, 8 LED 2d 671, at 689 (1963).

10

7. When a determination is made that no jurisdiction lies, the district court has no power to do anything but to strike the case from the docket, The Mayor V Cooper, 73 US (6 Wall.) 247, 250, 18 LED 851 (1868)

8. Lack of jurisdiction cannot be waived, Glidden Co. V Zdanok, 370 US 530, 535, + 536, 82 S.Ct. 1469 (1962).

9. Jurisdiction may be asserted and/or raised at any time, by any party or by the court, Emrich V Touche Ross + Co., 846 F.2d 1190, 1194 n.2 (9th cir. 1988)

10. Jurisdiction will be considered on appeal regardless whether they were raised in trial court, U.S. V Nukida. 8 F.3d 665, at 668-69 (9th cir. 1993).

11. I Flesh and Blood Man refered to at times as, Kim Lee Millbrook, Invoke UCC remedy to reserve rights without prejudice, UCC 1-207

-3-    [E&F]

12. I notify by UCC 1-207 with signature attached that I have reserved a common law right not to be bound to the statute or commercial obligation of any commercial agreement, and that I did not enter into contract with this courts or agents knowingly or voluntarily.

13. I hereby invoke UCC 1-103, that any statute being forced against I as a commercial obligation must be construed in harmony with old common law of America.

14. Under 1-103, court must rule that statute does not apply per UCC 1-103, thus no jurisdiction either.

15. See "goods" under UCC 2-105 (1) and UCC 9-105 (1), in which animals, i.e. humans, become "good" sellable in commerce. See Security Agreement UCC-9-105 (h).

16. Know all men by these presents that KIM LEE MILLBROOK, the Debtor has established an Indemnity Bond in favor of, Kim Lee Millbrook, the "Secured Party" in the sum of present and future Collateral Values up to the sum One hundred billion United States Dollars.

-4-                        [E&F]

10

17. That Secured Party knows how to accept For Value all contracts, knows how to draft a commercial Affidavit, knows how to cause Respondants to be placed into involuntary bankruptcy for dishonorment, and how to accept the offer to contract with

18. qualified acceptance and state new terms and conditions.

19. I request the appearance bond.

20. I request all UCC financeing statements related to this case.

21. I request any Judgment note authorization

-5-                    [E&F]

22. I request any Bill of Exchange

23. I request any information pertaining to "Securities of Foreign governments", in that it means pertaining to, I, a Foreign government in relation to the U.S. government and all municipalities.

24. I request any bonds and or unsecured debt instruments related to this case in any court officers file, including the U.S. Marshall's office.

25. I request any accessory obligations

26. The UCC abrogated the common law rule for contracts governed by the Code, UCC 2-209 (2).

-5-                          [E&F]

27. You can fill gaps in the UCC but you can not contradict it, by calling a UCC claim Something else, the UCC controls.

28. I the Flesh and Blood man refered to at times by calling out kim Lee Millbrook and expressed orally and in writting in proper english, do not, and have never consented to be an accomadation party or collateral.

29. I am a sovereign and can not be the subject of any law.

30. A strawman was created and is refered to as KIM LEE MILLBROOK in all captial Letters, because business and government have purported jurisdiction over a person entity.

31. KIM LEE MILLBROOK was charged with a crime not kim Lee Millbrook.

-7-                    [E&F]

10

32. The flesh and Blood man, I, unknowingly by Fraud, without a meeting of the minds, was attached by whatever means, such as writ of attachment, body attachment, or warrant by not protesting, to become a surety/collaterial and agent for the Strawman Voodoochild.

33. Your Court has a gold fringe flag in it, see "law of the flag" an american flag or any flag with gold fringe is an admiralty flag, and controls that means you are in the system of law administered by admiralty = UCC.

34. All people are "sovereign", Boyd V State of Nebraska 143 US 135 (1892) and cannot be the subject of any law and cannot be mentioned in the law.

35. Person does not include the sovereign and statutes employing the word as ordinarily construed to exclude it, Wilson V Omaha Indian Tribe 442 US 653, 667 (1979).

36. I do not consent to be a surety/collaterial for any person and I can assert that right because I am a sovereign; National.

-8-                    [E&F]

37. If the straw man in question is owned by I, and not the government, then let it be known that, I, own a common law copyright of all derviations of the trade-name mark Kim Lee Millbrook© that strickly complies with the Federal U.S. "Extra Element

38. test" contract intergrated, that is non-exclusive and applies to all omnibus, and strickly complies with the UCC.

39. There are only 2 criminal jurisdictions mentioned in the constitution, civil law has no criminal element, common law is no longer used, all that is left is Admiralty commercial law.

40. The UCC states that all crime is commercial.

-9-                    [E&F]

10

Therefore we pray that the relief request be granted by this Honorable Court and any other relief the court deems equitable.

Respectfully submitted,

__KIM LEE MILLBROOK__   (NAME

by __(signature)__

__KIM LEE MILLBROOK__   (NAME)

FEDERAL CORRECTIONAL COMPLEX

#__13700   -026__#

P.O. BOX 33

TERRE HAUTE, INDIANA

[47808]

-10-

[F&F]

CERTIFICATE OF SERVICE

I, KIM LEE MILLBROOK, certify that the enclosed documents were deposited with the BOP THA DOJ mail room on 2-25-08 (DATE) to be mailed via the United States Postal Service with postage pre-paid from Terre Haute, IN.

by _KIM LEE MILLBROOK_

FEDERAL CORRECTIONAL COMPLEX

# 13700 -026#

P.O.BOX 33

TERRE HAUTE, INDIANA

47808

SENT TO: U.S. DISTRICT COURT
         CENTRAL DISTRICT
         Rock ISLAND, ILLINOIS

SENT TO: _____

SENT TO: _____

11

12

[ALL]