E-FILED
Monday, 10 March, 2008  09:48:32 AM
Clerk, U.S. District Court, ILCD

FILED
MAR 1 0 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

GOOD AFTER NOON, UPON RECIEPT FILE DOCKET AND PRESENT TO THE COURT.

Letter to the court, in regard: number  O 8 - 4 o o 6

"I", Flesh and Blood man, refered to as, Kim Lee Millbrook, express to this court that, "I", am the Creditor.

> "I", express to this court, that this court and all of it's officers are the Debtor.

"I", being the Creditor, shall now express the rules, terms, conditions, and laws:

"I", express that, "I", Kim Lee Millbrook, be released from captitivty at the Federal Correctional Complex, United States Penitentary, near, Terre Haute, Indiana, which is the Federal Department of Corrections, Immeadility upon reciept.

"I", express that KIM LEE MILLBROOK transmitting utility be released immeadilinty from the BUREAU OF PRISONS.

"I", express that all monies made due to KIM LEE MILLBROOK be transfered to "I", Kim Lee Millbrook, within 10 days.

It has been said, So it be done.

*Kim Lee Millbrook*
_____ Creditor

[Seal]

*Brian K. English*

Notarized this ____ day of _____, 20 __ .
Brian K. English, Notary Public
Clay County, Indiana
Commission Expires July 18, 2013.

Notarized this 4 day of March, 20 08 .
Brian K. English, Notary Public
Clay County, Indiana
Commission Expires July 18, 2013.

-1-