E-FILED
Wednesday, 09 April, 2008  10:24:32 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

__CENTRAL__ DISTRICT OF __ILLINOIS__

FILED
APR - 8 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KIM LEE MILLBROOK  )
                   )
v                  )    NO. 08-04006
                   )
                   )    4:08-cv-04006-MMM
UNITED STATES OF   )
AMERICA            )

MOTION

OF OBJECTION TO EXTENSION OF TIME

Comes now, __KIM LEE MILLBROOK__, to motion this Honorable Court for the following: Specially and limited, to object to the, Respondents, Motion for extension of time, (second request),

FURTHER ADVISING THE COURT OF THE FOLLOWING:

1. The Government stated that all the time that was needed to reply was thirty days, 30, to # this matter, that was granted.

-1-    [E]

08

2. The government must prove that they had jurisdiction, either they did or they did'nt, this should not require an other extension.

3. The government must prove, if they did have jurisdiction over a proper person, a flesh and blood man, which is immpossiable without an expressed meeting of the minds contract, that the jurisdiction and custody was not given up.

4. These are all yes and no answers, that are direct, the evidence is the docket sheets, especially the State docket Sheet, that should not take but 5min. to obtain and verify.

5. The Petitioner is not receiving the Motions from the Respondant in time to be able to properly object, they keep waiting till the last minute to file for time extensions, this is a clear stall tatic.

6. We Move for default judgement aginst the respondant, since they can not obtain any evidence to place in the record and these obivious stall tatics.

-2-    [E&F]

10

7. The Petitioner is being undually prejudiced by the respondants actions, because Kim Lee Millbrook is being held in a United States Penitentiary, and should be released now.

8. Further, the respondant is obstructing justice under Law, by stalling this action while an appeal is pending, and for not notifing the appeals Court, that they may not have jurisdiction.

9. Kim Lee Millbrook is being held illegally, this is a priority matter, the Writ should issue.

10. We Motion that any time extension granted be stricken.

-3-   [E&F]

10

Therefore we pray that the relief request be granted by this Honorable Court and any other relief the court deems equitable.

Respectfully submitted,

KIM LEE MILLBROOK          (NAME

by _KIM Millbrook_

KIM LEE MILLBROOK          (NAME)
FEDERAL CORRECTIONAL COMPLEX
# 13700 -026#
P.O. BOX 33
TERRE HAUTE, INDIANA
[47808]

-4-                    [F&F]

11

CERTIFICATE OF SERVICE

I, __KIM LEE MILLBROOK__, certify that the enclosed documents were deposited with the __BOP THA DOJ__ mail room on __April 2, 2008__ (DATE) to be mailed via the United States Postal Service with postage pre-paid from __Terre Haute, IN__.

by __/s/ Kim Millbrook__
__KIM LEE MILLBROOK__
FEDERAL CORRECTIONAL COMPLEX
# __13700__ - __026__ #
P.O. BOX 33
TERRE HAUTE, INDIANA
47808

SENT TO: __Clerk__
__U.S. Courthouse__

__Peoria, Illinois__

Motion of Objection To Extension of time

SENT TO: _____

SENT TO: _____

5

12

[ALL]