UNITED STATES DISTRICT COURT

__CENTRAL__ DISTRICT OF __ILLINOIS__

FILED
APR - 8 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KIM LEE MILLBROOK )
)
)
v )  NO. 08-04006
)
UNITED STATES OF ) 4:08-CV-04006-MMM
AMERICA )

MOTION
TO PROTECTIVE
PRECAUTIONARY APPEAL

Comes now, KIM LEE MILLBROOK, to motion this Honorable Court for the following: To enter a notice of protective precautionary appeal, to appeal the rechaterazation of the special and limited entry of appearance, into a motion pursuant to § 2255, hereby entered specially and limited.

FURTHER ADVISING THE COURT OF THE FOLLOWING:

1. The only issue is the rechaterazation of the special and limited entry of appearance, not the special and limited entry of appearance itself.

-1-

[E]

08

Therefore we pray that the relief request be granted by this Honorable Court and any other relief the court deems equitable.

Respectfully submitted,

KIM LEE MILLBROOK    (NAME

by *[signature: Kim Millbrook]*

KIM LEE MILLBROOK    (NAME)
FEDERAL CORRECTIONAL COMPLEX
#13700-026#
P.O. BOX 33
TERRE HAUTE, INDIANA
[47808]

-2-    [E&F]

11

CERTIFICATE OF SERVICE

I, KIM LEE MILLBROOK, certify that the enclosed documents were deposited with the BOP THA DOJ mail room on April 2, 2008 (DATE) to be mailed via the United States Postal Service with postage pre-paid from Terre Haute, IN.

by /s/ Kim Millbrook
KIM LEE MILLBROOK
FEDERAL CORRECTIONAL COMPLEX
# 13700-026 #
P.O. BOX 33
TERRE HAUTE, INDIANA
47808

SENT TO: CLERK
U.S. Courthouse
Peoria, Illinois

Notice of Protective Precautionary Appeal

SENT TO: _____

SENT TO: _____

3

12

[ALL]