E-FILED
Wednesday, 09 April, 2008  11:44:48 AM
Clerk, U.S. District Court, ILCD

# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois     Docket No.: 08-4006

Division: Rock Island

### Plaintiff (Petitioner) Short Caption Defendant (Respondent)

Kim Lee Millbrook     v.     United States of America

---

**Current Counsel for Plaintiff (Petitioner):**     **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

| | |
|---|---|
| Name: Kim Lee Millbrook | Name: John K Mehochko |
| Firm: TERRE HAUTE FCI | Firm: US ATTY |
| Address: PO BOX 33 | Address: 1830 Second Avenue |
| Terre Haute, IN 47808 | Rock Island, IL  61201-8003 |
| Phone: 812-238-1531 | Phone: 309-793-5884 |

---

| | |
|---|---|
| Judge: Michael M Mihm | Nature of Suit Code:  510 |
| Court Reporter: K Hanna | Date Filed in District Court:  04/08/2008 |
| | Date of Judgment: |
| | Date of Notice of Appeal: 04/08/2008 |

Counsel:     ___Appointed     ___Retained     _X_ Pro Se

Fee Status:     ___Paid     _X_ Due     ___IFP     ___IFP Pending     ___U.S.     ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:     ___Yes     _X_ No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; _X_ pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):_13700-026_

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**