

# United States District Court

JOHN M. WATERS  
CLERK OF COURT

**CENTRAL DISTRICT OF ILLINOIS**

TEL: 309.793.5778  
FAX: 309.793.5878

OFFICE OF THE CLERK  
40 POST OFFICE BUILDING  
211 - 19TH STREET  
ROCK ISLAND, ILLINOIS 61201

May 2, 2008

GINO AGNELLO, CLERK  
COURT OF APPEALS  
219 S. Dearborn St.  
Chicago, IL 60604

RE:             Kim Lee Millbrook  
USDC Docket No.    08-4006

Dear Mr. Agnello:

    I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

    1 **Volumes of Pleadings**

    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

    Very truly yours,

    PAMELA E. ROBINSON

    BY:_____s/T. Peeples_____  
       Deputy Clerk

08-4006 Millbrook Long Rec on Appeal transmitted 050208.wpd