UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

FILED
MAY 5 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff-Respondant<br><br>V<br><br>KIM LEE MILLBROOK<br>Petitioner-Defendant | 08-4006 |

## SPECIAL AND LIMITED ENTRY OF APPEARANCE RESPONSE PLEA IN BAR AB INITIO

By way of special and limited entry of appearance via a recharacterization into a §2255 comes now, Kim Lee Millbrook, sovereign, to respond to the court, in a timely fashion, by the requested date, that he appears, in propria persona, pro se, plea in bar, AB INITIO, no response being recived by the Respondant, in a timely fashion, by the absoulte deadline, that the Writ must now issue per the courts prior orders, so that the petitioner may express his wishes orally in court specially and limitedly and to provide the Respondant one last chance to produce facts, documentation, and records, to prove that the government had jurisdiction over a sovereign, and if so, prove that they did not lose it or give it up, further advising as follows:

-1-

1. The UNITED STATES never had jurisdiction over the Sovereign, kim Lee Millbrook, the republic of Illinois is not the UNITED STATES, the UNITED STATES is in Washington D.C. and is further known as United States Inc., or if doing business with China U.S. Inc., Further, persons doing business with China must have an office in Washington D.C., just as with the Wal-Mart Corporation, if you want to do business with them, you must have an office at their Corporate Headquarters, U.S. Public Policy is not American Public Policy, I was, in prior pleadings, allowing the Respondant to save face, it appears that he does not want that, kim Lee Millbrook © All Rights Reserved named own properties sovereign, does not maintain any office in Washington D.C., "All Rights Reserved" "without prejudice" can also be invoked per U.C.C. 1-207 and 1-103 and as far as I am concerned the Respondant is an UNREGISTERED FOREIGN AGENT, also the laws and Courts were mixed in the 1940's, about the time of the U.C.C., and it appears that every courtroom I have been in, is under the Law of the Flag, Flagging gold fringed UNITED STATES and STATE Flags, the Flags of admiralty, equity requires all parties involved be present in court/court to verbly express and place evidence into the record.

2. A motion to dismiss is not an answer. The answer or response must be considered a responsive pleading under Federal Rules, since Respondant is a court officer, and further the only motion to dismiss the Plaintiff-Respondant could submit, would be voluntary withdrawal, also the only motion to dismiss for a purported Defendant to make, would be based on lack of jurisdiction, a special and limited entry of appearance is a jurisdictional plea for lack of jurisdiction, and once brought by a purported Defendant, it can not be dismissed, otherwise the court in this matter would have dismissed this appearance in the begining, and just because the Plaintiff request a dismissal, does not change the fact that the court can not dismiss a special and limited entry of appearance, only the Defendant can withdrawl it voluntarily, therefore the UNITED STATES' MOTION TO DISMISS is as if no response was ever filed by the Respondant by the deadline, and thus the Writ of habeas Corpus should issue to bring forth the Petitioner so that the Respondant-Plaintiff can produce evidence into the record to show facts or prove that they have jurisdiction over the Sovereign, Kim Lee Millbrook, it is not the responsablity of the Defendant-Petitioner to show facts or prove lack of jurisdiction, although that could be done.

3. All Law-enforcement officers are presumed to act lawfully, the State court did obtain jurisdiction over the entity, KIM LEE MILLBROOK, from the Federal authorities, the UNITED STATES gave up jurisdiction either remaining silent and or direct authorization by representives, because MILLBROOK cannot be in two diffrent jurisdictions at the same time, the State Judge even states in the record that the Defendant was in his court and that his court had jurisdiction, obviously if the Defendant was in Federal custody and jurisdiction and was removed to State custody and jurisdiction, he has left the Federal custody and jurisdiction and cannot require his return, there was no constructive jurisdiction, no writ was issued, in that case, it means the Federal authorities willfully and lawfully gave up jurisdiction, if this is not the case then Federal Authorities must be accuseing the State Authorities of a crime, because if they were not acting lawfully, then they were being unlawful, and charges should be forth comping, even if the removal was illegal, none the less, the Federal Authorities lost jurisdiction and custody, and once another jurisdiction gains phyical jurisdiction even by illegal means, it obtains legal jurisdiction.

4. The Respondant says that "He cites no case law indicating it is even possible to 'give up' jurisdiction over him", well all you have to do is look at Supreme Court precedent or International Law. Further since the court recharacterized as a motion under § 2255, if you take a look at the courts own document, pro se form, For MOTION UNDER 28 USC § 2255, it states, "No citation of authorities need be furnished", also case cites and authorities are private copyrighted property that the sovereign has not been given the proper authorization to use, and thus would be illegal for him to use. Further it is for the Respondant to respond, not submit a motion to dismiss a motion to dismiss submitted by a Defendant-petitioner, that math does not add up, the Plaintiff-Respondants UNITED STATES' MOTION TO DISMISS is obtuse, and not a valid response, also a purported Defendant is required to bring forth any defenses as they become aviable, For the Respondant to even suggest MILLBROOK withdraw a jurisdictional plea is redoubtable arousing fear and would imply that the Defendant agrees that the government has jurisdiction, or would imply a granting of jurisdiction, the court down the road would call the Defendant insane for withdrawing a jurisdictional plea and then attempting to re-file it, it makes no since.

5. The Respondant is try to incinuate that this court should dismiss for a procedural defect, because MILLBROOK has a direct appeal set for Oral argument on May 5, 2008, MILLBROOK has already objected to the recharacterization, this court has already made it's ruleing to recharacterize special and limited entry of appearance as a motion pursuant to § 2255, and this court has already ruled to proceed and that a Writ shall issue, if the Respondant does not respond, which it has not, nor has it proved that a Writ should not issue, nor have they placed any evidence into the record to show facts that a Writ should not issue, further the Defendant-petitioner has filed a protective precautionary appeat, as to the recharacterization, as to allow this special and limited entry of appearance to proceed, plea in bar, pursuant to a motion under 28 USC § 2255, MILLBROOK and Millbrook have brought this jurisdictional issue to the appeals court, and this issue can be brought first time on direct appeal, someone is obstructing justice and not allowing the appeal court to hear this jurisdictional plea, the extraordinary circumstances are that a sovereign is locked up illegally and unlawfully aginst his will, and wants to be released now, not next year, there is no reason not to proceed, this court has allready ruled to proceed to issue the Writ.

-6-

6. The respondant claims that "Millbrook's" petition lacks any merit at all, even though the Judge say's it has merit, and to even claim a § 2255 motion is not a substitute for a direct appeal is out of order and out of line, this jurisdictional issue was brought up as soon as it was discovered, the Respondant then turns around and say's the petitioner should withdraw and stall the issue, this Respondant who has not responded but made an Motion to dismiss, which is the same as not fileing anything or response at all, keeps jumping back and forth, his motion makes no since at all, it contradicting unto itself, if a court goes foward in clear absence of jurisdiction AB INITIO it is without immunity, nothing can proceed untill jurisdiction is proven, all the foregoing items have been brought specially and limitedly and precautionary. [comity; courtoisie internationale]

Respectfully Submitted
                All Rights Reserved
by [signature] ©, sovereign, creditor

      KIM LEE MILLBROOK


                                        April. 29. 2008

## CERTIFICATE OF SERVICE

I, __KIM LEE MILLBROOK__, certify that the enclosed documents were deposited with the __BOP THA DOJ__ mail room on __4-30-08__ (DATE) to be mailed via the United States Postal Service with postage pre-paid from __Terre Haute, IN__.

by _/s/ Kim Millbrook/_

__KIM LEE MILLBROOK__
FEDERAL CORRECTIONAL COMPLEX
# __13700__ - __026__ #
P.O. BOX 33
TERRE HAUTE, INDIANA
47808

SENT TO: __Clerk-U.S. Courthouse__
__CENTRAL DISTRICT OF ILLINOIS__
__211 19th Street__
__Rock Island, IL 61201__

SENT TO: __John K Mehochko__
__Assistant U.S. Attorney__
__1830 2nd Ave, Suite 320__
__Rock Island, IL 61201__

SENT TO: _____

7 pages + C of S
SALEOA
RESPONSE PLEA IN
BAR AB INITIO
April, 29, 2008

[ALL]