E-FILED
Monday, 05 May, 2008  03:36:42 PM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

TEL: 309.793.5778
FAX: 309.793.5878

OFFICE OF THE CLERK
40 U.S. COURTHOUSE
211 19TH STREET
ROCK ISLAND, ILLINOIS 61201

May 5, 2008

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

        RE: Millbrook  v.  United States of America
        D. C. Docket No. 08-4006
        U. S. C. A. Docket No. 08-2098

Dear Mr. Agnello:

      I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

    **1**          **Volumes of Pleadings**

     Volumes of Transcript

     Volumes of Depositions

     Volumes of Exhibits:

     Impounded Exhibits:

    Other (specify):

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

        Very truly yours,

        PAMELA E. ROBINSON, CLERK


        BY:___s/Tina Peeples_____
           Deputy Clerk