E-FILED
Thursday, 08 May, 2008 10:14:39 AM
Clerk, U.S. District Court, ILCD



# United States District Court



JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 309.793.5778
FAX: 309.793.5878

OFFICE OF THE CLERK
40 POST OFFICE BUILDING
211 - 19TH STREET
ROCK ISLAND, ILLINOIS 61201

May 2, 2008

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

U.S.C.A. — 7th Circuit
R E C E I V E D
MAY - 5 2008
GINO J. AGNELLO
CLERK

RE:        Kim Lee Millbrook
USDC Docket No.    08-4006

Dear Mr. Agnello:

    I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

**1 Volumes of Pleadings**

    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

                    Very truly yours,

                    PAMELA E. ROBINSON

                    BY:_____s/T. Peeples_____
                        Deputy Clerk

08-4006 Millbrook Long Rec on Appeal transmitted 050208.wpd