#26



## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

TEL: 309.793.5778
FAX: 309.793.5878

OFFICE OF THE CLERK
40 U.S. COURTHOUSE
211 19TH STREET
ROCK ISLAND, ILLINOIS 61201

May 5, 2008

08-2098

**FILED**
MAY 1 4 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: Millbrook v. United States of America
D. C. Docket No. 08-4006
U. S. C. A. Docket No. 08-2098

Dear Mr. Agnello:

I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

    1        **Volumes of Pleadings**

        Volumes of Transcript

        Volumes of Depositions

        Volumes of Exhibits:

        Impounded Exhibits:

        Other (specify):

U.S.C.A. - 7th Circuit
**FILED**
MAY 12 2008 SK
GINO J. AGNELLO
CLERK

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

PAMELA E. ROBINSON, CLERK

BY:___s/Tina Peeples_____
        Deputy Clerk