UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KIM LEE MILLBROOK, | ) |
| Petitioner, | ) ) |
| v. | ) ) Case No. 08-4006 |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) ) |

## O R D E R

This matter is now before the Court on Petitioner, Kim Lee Millbrook's ("Millbrook"), Motion to Proceed In Forma Pauperis on Appeal. Title 28 U.S.C. § 1915(a)(3) provides that "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."

In the case at bar, the Court construed Millbrook's jurisdictional challenge to his conviction and sentence as a motion pursuant to 28 U.S.C. § 2255 after giving repeated Castro warnings and opportunities to withdraw the pleading. Millbrook's § 2255 motion remains pending in this Court. As he has no final judgment from which to appeal, his current attempt to invoke the appellate process is clearly premature.

Accordingly, the Court cannot find that this appeal is being taken in good faith. His Motion to Proceed In Forma Pauperis on Appeal [#29] is therefore DENIED.

ENTERED this 2nd day of June, 2008.

s/ Michael M. Mihm
Michael M. Mihm
United States District Judge