E-FILED
Friday, 20 June, 2008 02:45:42 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

**FILED**

JUN 2 0 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

June 18, 2008

By the Court:

| | |
|---|---|
| No.: 08-2098 | KIM LEE MILLBROOK, <br> Petitioner - Appellant <br><br> v. <br><br> UNITED STATES OF AMERICA, <br> Respondent - Appellee |

**Originating Case Information:**

District Court No: 4:08-cv-04006-MMM
Central District of Illinois
District Judge Michael Mihm

The following is before the court: **PRECAUTIONARY IN FORMA PAUPERIS,** filed on June 16, 2008, by the pro se appellant.

In light of this court's final order dated June 13, 2008,

**IT IS ORDERED** that the motion is **DENIED**.