

E-FILED
Monday, 23 June, 2008 12:34:58 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

June 19, 2008

*By the Court:*

| | |
|---|---|
| No.: 08-2098 | KIM LEE MILLBROOK, Petitioner - Appellant <br><br> v. <br><br> UNITED STATES OF AMERICA, Respondent - Appellee |
| **Originating Case Information:** | |
| District Court No: 4:08-cv-04006-MMM <br> Central District of Illinois <br> District Judge Michael Mihm | |

The following is before the court: **PETITION FOR LEAVE TO FILE AND PROCEED ON APPEAL IN FORMA PAUPERIS IN A SPECIAL AND LIMITED FASHION**, filed on June 18, 2008, by the pro se appellant.

In light of this court's final order dated June 13, 2008,

**IT IS ORDERED** that the motion is **DENIED**.


form name: **c7_Order_BTC** (form ID: **178**)