UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOES

FILED
AUG 1 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA )
)
v )
) NO. 08-4006
KIM LEE MILLBROOK )

## MOTION
### FOR JUDICIAL DETERMINATION

Comes now, KIM LEE MILLBROOK, to motion this Honorable Court for the following: For A Judicial determination as to when the writ of heabas corpus will issue to bring forth in propria persona, kim lee Millbrook,

FURTHER ADVISING THE COURT OF THE FOLLOWING:

1. Petitioner Has been dilgent in pursueing this matter, the court ordered that no more continuances would be granted, it is requested that this matter be resolved.

[E]

July 27, 2008

-1-

08

Respectfully

by [signature] All Rights Reserved copyright, agent
for KIM LEE MILLBROOK Entity

July 27, 2008

-2-