# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

August 5, 2008

**FILED**
AUG 6 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To: Pamela Robinson
UNITED STATES DISTRICT COURT
Central District of Illinois
Rock Island, IL 61201-0000

| No.: 08-2098 | KIM LEE MILLBROOK,<br>Petitioner - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent - Appellee |
|---|---|

**Originating Case Information:**

District Court No: 4:08-cv-04006-MMM
Central District of Illinois
Court Reporter Karen Hanna
District Judge Michael Mihm
Clerk/Agency Rep Pamela Robinson

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| RECORD ON APPEAL STATUS: | Entire record returned consisting of |
|---|---|
| Pleadings: | 2 |

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

------------------------------------

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

| **Date:** | **Received by:** |
|---|---|
| 8/6/08 | S/Denise Koester |

form name: **c7_Mandate** (form ID: **135**)