E-FILED
Wednesday, 06 August, 2008 03:21:27 PM
Clerk, U.S. District Court, ILCD

FILED
AUG 6 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CERTIFIED COPY

A True Copy
Teste:

Clerk of the United States
Court of Appeals for the

# United States Court of Appeals

### For the Seventh Circuit
### Chicago, Illinois 60604

June 13, 2008

**Before**

**Joel M. Flaum,** *Circuit Judge*

**Michael S. Kanne,** *Circuit Judge*

**Ann Claire Williams,** *Circuit Judge*

KIM LEE MILLBROOK,
      Petitioner-Appellant,

No. 08-2098        v.

UNITED STATES OF AMERICA,
      Respondent-Appellee.

] Appeal from the United
] States District Court for
] the Central District of
] Illinois.
]
] No. 08 C 4006
]
] Michael M. Mihm, Judge.

## O R D E R

On consideration of the papers filed in this appeal and review of the short record,

IT IS ORDERED that this appeal is DISMISSED for lack of jurisdiction.

In the present case, petitioner Kim Lee Millbrook's case continues in the district court. The government has filed a motion to dismiss petitioner Millbrook's case, and the district court has not ruled on the motion. As such, this appeal is premature.