AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**
Friday, 15 August, 2008   10:52:19 AM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Kim Lee Millbrook**

vs.                                                                                       Case Number:  **08-4006**

**United States of America**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**XX DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that petitioner's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is DISMISSED WITHOUT PREJUDICE.  Case terminated.  -----------------------

ENTER this 15th day of August, 2008

PAMELA E. ROBINSON, CLERK

_____s/T. Peeples_____
BY:  DEPUTY CLERK