UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
AUG 18 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v

KIM LEE MILLBROOK

No. 08-4006

~~MOTION~~
OBJECTION IN A SPECIAL AND LIMITED FASHION

Comes now, KIM LEE MILLBROOK, to ~~motion~~ this Honorable Court for the following: to object to the Judge's statement that he was in the future going to rule on the "merits" of this matter, this matter is not a merit situation, this is not a judicial situation, this is an administrative function, dealing only with facts about jurisdiction and nothing else which does not and can not include any merit, this is strictly jurisdiction ~~FURTHER ADVISING THE COURT OF THE FOLLOWING:~~

1. Respectfully
by Kim Millbrook ©

KIM LEE MILLBROOK

-1-    [E]

08