Special And limited Entry of Appearance

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KIM LEE MILLBROOK

V

FILED
AUG 26 2008
U.S. CLERK'S OFFICE
ROCKLAND, ILLINOIS

UNITED STATES OF AMERICA

NOTICE OF APPEAL

Comes now, in propria persona, Kim Lee Millbrook, to enter notice of appeal to a ORDER, dated August 14, 2008, requesting the Clerk prepare the record, for the Appeals Court.

Respectfully Submitted

by Kim Millbrook

(1)