E-FILED
Thursday, 28 August, 2008  12:37:15 PM
Clerk, U.S. District Court, ILCD

## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois     Docket No.: 08-4006

Division: Rock Island

***Plaintiff (Petitioner)   Short Caption   Defendant (Respondent)***

Kim Lee Millbrook     v.     United States of America

---

**Current Counsel for Plaintiff (Petitioner):**     **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

| | |
|---|---|
| Name: Kim Lee Millbrook | Name: John K. Mehochko |
| Firm: FCI - TERRE HAUTE | Firm: United States Attorney |
| Address: P.O. Box 33 | Address: 1830 Second Avenue |
| Terra Haute, IN  47808 | Rock Island, IL  61201 |
| Phone: 812-238-1531 | Phone: 309-793-5884 |

---

Judge: Michael M. Mihm     Nature of Suit Code:  510

Court Reporter: KH     Date Filed in District Court:  01/25/2008

Date of Judgment: 08/14/2008

Date of Notice of Appeal: 08/26/2008

Counsel:   ___Appointed     ___Retained   _X_ Pro Se

Fee Status:    ___Paid     _X_ Due     ___IFP     ___IFP Pending     ___U.S.     ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:     ___Yes     _X_ No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  _13700-026_

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**