E-FILED
Friday, 29 August, 2008   05:23:05 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KIM LEE MILLBROOK, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 08-4006 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## O R D E R

This matter is now before the Court on the Notice of Appeal by Petitioner, Kim Lee Millbrook ("Millbrook"), which is construed in this circuit as a Petition for a Certificate of Appealability from the dismissal of his Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. For the reasons set forth below, the Court declines to issue a Certificate of Appealability.

### DISCUSSION

As amended by the Antiterrorism and Effective Death Penalty Act of 1996, 28 U.S.C. § 2255 now requires a certificate of appealability prior to the pursuit of an appeal. A certificate may only issue if the applicant makes a substantial showing of the denial of a constitutional right, and any certificate issued must specify what claim(s) merit appellate review.

The Court first notes that this appeal, like his habeas petition, would appear to be premature. Millbrook's direct appeal remains pending before the Seventh Circuit. In accordance with the Seventh Circuit's guidance in United States v. Barger, 178 F.3d 844,

848 (7th Cir. 1999), and United States v. Robinson, 8 F.3d 398, 405 (7th Cir. 1993), the Court acknowledged that a § 2255 motion should not be considered while the direct appeal is pending absent "extraordinary circumstances," as the disposition of the appeal could render the motion moot. In examining the arguments advanced by Millbrook, the Court determined that there were no such extraordinary circumstances as would require expeditious relief over the interest in conserving judicial resources. United States v. Davis, 604 F.2d 474, 485 (7th Cir. 1979). Accordingly, his motion was dismissed without prejudice as premature.

Given that he has presented no claims that could be debatable among jurists of reason, Millbrook has failed to make a substantial showing of the denial of a constitutional right. Having found no issue in this proceeding which warrants appellate review, this Court cannot in good faith issue a certificate of appealability for his § 2255 motion.

## CONCLUSION

For the reasons set forth herein, the Court declines to issue a certificate of appealability, and Millbrook's Petition for Issuance of a Certificate of Appealability [#40] is DENIED.

ENTERED this 29th day of August, 2008.

　　　　　　　　　　　　　　　　　　s/ Michael M. Mihm
　　　　　　　　　　　　　　　　　　Michael M. Mihm
　　　　　　　　　　　　　　　　　　United States District Judge