# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

TEL: 309.793-5778
FAX: 309.793-5878

OFFICE OF THE CLERK
ROOM 40
211 19TH STREET
ROCK ISLAND, ILLINOIS 61201

September 4, 2008

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

        RE: Kim Lee Millbrook v. United States of America
        D. C. Docket No. 08-4006
        U. S. C. A. Docket No. 08-3223

Dear Mr. Agnello:

    I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

    **One   (1)       Volumes of Pleadings**

        Volumes of Transcript

        Volumes of Depositions

        Volumes of Exhibits:

        Impounded Exhibits:

        Other (specify):

    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

        Very truly yours,

        PAMELA E. ROBINSON, CLERK

        BY:_____s/T. Peeples_____
        Deputy Clerk

08-4006 Millbrook Long Rec on Appeal September 4 2008.wpd